1  SIMPSON THACHER & BARTLETT LLP
   Harrison J. Frahn IV (CA Bar No. 206822)
2  hfrahn@stblaw.com
   Jason M. Bussey (CA Bar No. 227185)
3  jbussey@stblaw.com
   2475 Hanover Street
4  Palo Alto, California 94304
   Telephone: (650) 251-5000
5  Facsimile: (650) 251-5002

6  SIMPSON THACHER & BARTLETT LLP
   Peter C. Thomas (*pro hac vice*)
7  pthomas@stblaw.com
   Janet M. Whittaker (*pro hac vice*)
8  janet.whittaker@stblaw.com
   900 G Street, N.W.
9  Washington, D.C. 20001
   Telephone: (202) 636-5500
10 Facsimile: (202) 636-5502

11 *Attorneys for Petitioner Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 3:15-cv-04985-RS |
| Petitioner, | |
| vs. | **RE-NOTICE OF HEARING DATE ON APPLE'S MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION** |
| BYD PRECISION MANUFACTURING CO., LTD. and BYD COMPANY LIMITED, | |
| Respondents. | Hon. Richard Seeborg |
| | Date: December 10, 2015<br>Time: 1:30 p.m.<br>Courtroom: 3, 17th Floor |

**RE-NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to the Court's Order reassigning the case, the hearing on Apple's Motion to Compel Arbitration and For Preliminary Injunction will now take place on December 10, 2015 at 1:30 p.m., or as soon thereafter as the matter may be heard, in courtroom 3 of the above-referenced Court, which is located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Richard Seeborg.

This motion was originally noticed and filed on October 30, 2015 and served on November 3, 2015; the motion was previously scheduled for a hearing on December 4, 2015.

Dated:  November 6, 2015

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:  /s/ Harrison J. Frahn IV
Harrison J. Frahn IV
hfrahn@stblaw.com
Jason M. Bussey
jbussey@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

SIMPSON THACHER & BARTLETT LLP
Peter C. Thomas (*pro hac vice*)
pthomas@stblaw.com
Janet M. Whittaker (*pro hac vice*)
janet.whittaker@stblaw.com
900 G Street, N.W.
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

*Attorneys for Petitioner Apple Inc.*