ALLEN RUBY (SBN 47109)
Allen.Ruby@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:     (650) 470-4570

LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
ABRAHAM A. TABAIE (SBN 260727)
Abraham.Tabaie@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:    (213) 687-5000
Facsimile:     (213) 687-5600

Attorneys for Respondents
BYD PRECISION MANUFACTURING CO., LTD.
and BYD COMPANY LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO.: 3:15-CV-04985-RS |
| Petitioner, | **[PROPOSED] ORDER GRANTING BYD COMPANY LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| BYD PRECISION MANUFACTURING CO., LTD. and BYD COMPANY LIMITED, | Hearing Date: January 14, 2016 |
| Respondents. | Time:         1:30 p.m. |
| | Courtroom:  3 |
| | Judge:        Hon. Richard Seeborg |

**1**    **[PROPOSED] ORDER**

**2**    This matter comes before the Court on Respondent BYD Company Limited's Motion to

**3** Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss").

**4**    Having read and considered the Motion to Dismiss, the memoranda, all papers filed in

**5** support of the Motion to Dismiss and in opposition thereto, and having heard argument of counsel,

**6** and good cause appearing,

**7**    **IT IS HEREBY ORDERED THAT** the Motion to Dismiss is **GRANTED** and BYD

**8** Company Limited is dismissed from this action with prejudice for lack of personal jurisdiction.

**9**    **IT IS SO ORDERED.**

**10**

**11**    _____

**12**    The Honorable Richard Seeborg
United States District Court Judge

**13** Dated: January ___, 2016

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**