SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (CA Bar No. 206822)
hfrahn@stblaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

SIMPSON THACHER & BARTLETT LLP
Peter C. Thomas (*pro hac vice*)
pthomas@stblaw.com
Janet M. Whittaker (*pro hac vice*)
janet.whittaker@stblaw.com
900 G Street, N.W.
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

*Attorneys for Petitioner Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>            Petitioner,<br><br>vs.<br><br>BYD PRECISION MANUFACTURING CO., LTD. AND BYD COMPANY LIMITED,<br><br>            Respondents. | Case No. 3:15-cv-04985-RS<br><br>**JOINT STIPULATION TO (1) EXTEND TIME TO FILE REPLY BRIEF AND CONTINUE HEARING (APPLE'S MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION) AND (2) EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS AND CONTINUE HEARING (BYD COMPANY LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION); and**<br><br>[PROPOSED] **ORDER**<br><br>Hon. Richard Seeborg |

1   Petitioner Apple Inc. ("Apple") and Respondents BYD Precision Manufacturing Co., Ltd.
2  ("Precision") and BYD Company Limited ("Limited" and, together with Precision,
3  "Respondents") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to extend
4  the time to file any reply brief regarding Apple's Motion to Compel Arbitration and for
5  Preliminary Injunction (Dkt. 3) (the "Motion to Compel Arbitration"), to extend the time to file
6  any opposition and reply briefs regarding Limited's Motion to Dismiss for Lack of Personal
7  Jurisdiction (Dkt. 34) (the "Motion to Dismiss"), and to continue the hearing on the Motion to
8  Compel Arbitration and Motion to Dismiss.

9   WHEREAS, on November 16, 2015, Apple filed a motion with this Court to (1) extend
10  the deadline for any opposition to the Motion to Compel Arbitration from November 17, 2015 to
11  November 24, 2015, and (2) extend the deadline for any reply in support of the Motion to
12  Compel Arbitration from November 24, 2015 to December 1, 2015 (Dkt. 24);

13   WHEREAS, this Court granted Apple's motion to extend time, and rescheduled the
14  hearing on the Motion to Compel Arbitration for December 17, 2015 (Dkt. 25);

15   WHEREAS, on November 23, 2015, Apple and Respondents filed a joint stipulation with
16  this Court to (1) extend the deadline for any opposition to the Motion to Compel Arbitration
17  from November 24, 2015 to December 8, 2015, (2) extend the deadline for any response to
18  Apple's Petition for Order Compelling Arbitration and for Injunctive Relief Pending Arbitration
19  from November 24, 2015 to December 8, 2015, (3) extend the deadline for any reply in support
20  of the Motion to Compel Arbitration from December 1, 2015 to December 22, 2015, and (4)
21  continue the hearing on the Motion to Compel Arbitration from December 17, 2015 to January
22  14, 2016 (Dkt. 26);

23   WHEREAS, this Court granted the parties' joint stipulation to extend time without
24  revision (Dkt. 27);

25   WHEREAS, on December 14, 2015, counsel for Apple and Respondents met and
26  conferred regarding Apple's request for a stipulation to take jurisdictional discovery prior to
27  filing an opposition to the Motion to Dismiss;

28

WHEREAS, on December 15, 2015, Respondents rejected Apple's request for such a stipulation and Apple instead moved this Court for such relief in its Administrative Motion to Extend Time for Briefing and Hearing and for Leave to Take Early Jurisdictional Discovery (Dkt. 37) (the "Administrative Motion For Discovery");

WHEREAS, Apple's opposition to the Motion to Dismiss may now be due prior to the Court's ruling on the Administrative Motion For Discovery;

WHEREAS, on December 18, 2015, Respondents requested that Apple stipulate to an extension regarding Respondents' deadline to appoint an arbitrator in the related ICC Arbitration that forms the basis for this proceeding, and Respondents agreed to extend Apple similar courtesy with respect to the deadlines in this matter;

Now therefore, and notwithstanding any additional extension of time that the Court may grant in response to the Administrative Motion For Discovery, the parties, through the undersigned counsel, hereby stipulate as follows:

- that the deadline for filing any reply in support of the Motion to Compel Arbitration be extended to January 4, 2016;
- that the deadline for filing any opposition to the Motion to Dismiss be extended to January 4, 2016;
- that the deadline for filing any reply in support of the Motion to Dismiss be extended to January 14, 2016;
- that the hearing on the Motion to Compel Arbitration and Motion to Dismiss be continued to January 28, 2016; and
- the foregoing dates shall be reset should the Court grant the Administrative Motion For Discovery and approve the proposed schedule set forth therein (Dkt. 37).

Pending the Court's determination of the Administrative Motion for Discovery, the parties' proposed time modification would impact the deadlines in this case as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Apple's reply in support of the Motion to Compel Arbitration | 12/22/2015 | 01/04/2016 |
| Apple's opposition to the Motion to Dismiss | 12/22/2015 | 01/04/2016 |
| Limited's Reply in support of the Motion to Dismiss | 12/29/2015 | 01/14/2016 |
| Hearing on the Motion to Compel Arbitration and Motion to Dismiss | 01/14/2016 | 01/28/2016 |

Dated: December 21, 2015              SIMPSON THACHER & BARTLETT LLP


                                      By: /s/ Harrison J. Frahn IV
                                          Harrison J. Frahn IV

                                      *Attorneys for Petitioner Apple Inc.*



                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                      By: /s/ Lance A. Etcheverry
                                          Lance A. Etcheverry

                                      *Attorneys for Respondents BYD Company Limited and BYD Precision Manufacturing Co., Ltd.*


     Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

                                      /s/ Harrison J. Frahn IV

3

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:**

1. the deadline for any reply in support of Apple's Motion to Compel Arbitration and for Preliminary Injunction be extended from December 22, 2015 to January 4, 2016;
2. the deadline for any opposition to Limited's Motion to Dismiss for Lack of Personal Jurisdiction be extended from December 22, 2015 to January 4, 2016;
3. the deadline for any reply in support of Limited's Motion to Dismiss for Lack of Personal Jurisdiction be extended from December 29, 2015 to January 14, 2016; and
4. the hearing on Apple's Motion to Compel Arbitration and for Preliminary Injunction and Limited's Motion to Dismiss for Lack of Personal Jurisdiction be continued from January 14, 2016 to January 28, 2016.

DATED: __12/21_____, 2015    _____

The Honorable Richard Seeborg
United States District Court Judge