SIMPSON THACHER & BARTLETT LLP
Harrison J. Frahn IV (CA Bar No. 206822)
hfrahn@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

SIMPSON THACHER & BARTLETT LLP
Peter C. Thomas (*pro hac vice*)
pthomas@stblaw.com
Janet M. Whittaker (*pro hac vice*)
janet.whittaker@stblaw.com
900 G Street, N.W.
Washington, D.C. 20001
Telephone: (202) 636-5500
Facsimile: (202) 636-5502

*Attorneys for Petitioner Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>                    Petitioner,<br><br>vs.<br><br>BYD PRECISION MANUFACTURING CO., LTD. AND BYD COMPANY LIMITED,<br><br>                    Respondents. | Case No. 3:15-cv-04985-RS<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON APPLE'S MOTION TO COMPEL ARBITRATION AND FOR PRELIMINARY INJUNCTION AND BYD COMPANY LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION; and**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Hon. Richard Seeborg<br>Courtroom: 3, 17th Floor |

1   Petitioner Apple Inc. ("Apple") and Respondents BYD Precision Manufacturing Co., Ltd.
2   ("Precision") and BYD Company Limited ("Limited" and, together with Precision,
3   "Respondents") jointly stipulate, pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, to continue
4   the hearing on Apple's Motion to Compel Arbitration and for Preliminary Injunction (Dkt. 3)
5   (the "MTCA") and Limited's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 34) (the
6   "MTD"), currently set for January 28, 2016.
7   WHEREAS, on November 16, 2015, Apple filed a motion with this Court to (1) extend
8   the deadline for any opposition to the MTCA from November 17, 2015 to November 24, 2015,
9   and (2) extend the deadline for any reply in support of the MTCA from November 24, 2015 to
10  December 1, 2015 (Dkt. 24);
11  WHEREAS, this Court granted Apple's motion to extend time, and rescheduled the
12  hearing on the MTCA for December 17, 2015 (Dkt. 25);
13  WHEREAS, on November 23, 2015, Apple and Respondents filed a joint stipulation with
14  this Court to (1) extend the deadline for any opposition to the MTCA from November 24, 2015
15  to December 8, 2015, (2) extend the deadline for any response to Apple's Petition for Order
16  Compelling Arbitration and for Injunctive Relief Pending Arbitration from November 24, 2015
17  to December 8, 2015, (3) extend the deadline for any reply in support of the MTCA from
18  December 1, 2015 to December 22, 2015, and (4) continue the hearing on the MTCA from
19  December 17, 2015 to January 14, 2016 (Dkt. 26);
20  WHEREAS, this Court granted the parties' November 23, 2015 joint stipulation to extend
21  time without revision (Dkt. 27);
22  WHEREAS, on December 21, 2015 Apple and Respondents filed a joint stipulation with
23  this Court to (1) extend the deadline for any reply in support of the MTCA from December 22,
24  2015 to January 4, 2016, (2) extend the deadline for any opposition to the MTD from December
25  22, 2015 to January 4, 2016, (3) extend the deadline for any reply in support of the MTD from
26  December 29, 2015 to January 14, 2016, and (4) continue the hearing on the MTCA and MTD
27  from January 14, 2016 to January 28, 2016 (Dkt. 39);
28

1

1	WHEREAS, this Court granted the parties' December 21, 2015 joint stipulation to extend time without revision (Dkt. 41);

WHEREAS, Apple's lead trial counsel must travel from Washington, D.C. to San Francisco for the Court's upcoming hearing and the recent major East Coast blizzard will make such travel extremely difficult this week;

WHEREAS, the presence of Super Bowl 50 in the San Francisco Bay Area will also make such travel inconvenient the following week; and

WHEREAS, all parties reserve fully their prior positions in this proceeding;

Now therefore, the parties, through the undersigned counsel, hereby stipulate that the hearing on the MTCA and MTD be continued to February 11, 2016 or as soon thereafter as may be convenient to the Court.

The parties' proposed time modification would impact the deadlines in this case as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Hearing on the MTCA and MTD | 01/28/2016 | 02/11/2016 |

Dated: January 25, 2016                            SIMPSON THACHER & BARTLETT LLP

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV

*Attorneys for Petitioner Apple Inc.*


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Lance A. Etcheverry
    Lance A. Etcheverry

*Attorneys for Respondents BYD Company Limited and BYD Precision Manufacturing Co., Ltd.*

1  Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this
2  document has been obtained from the signatories above.

                                         /s/ Harrison J. Frahn IV
                                             Harrison J. Frahn IV

# [~~PROPOSED~~] ORDER

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:**

- the hearing on Apple's Motion to Compel Arbitration and for Preliminary Injunction and BYD Company Limited's Motion to Dismiss for Lack of Personal Jurisdiction be continued from January 28, 2016 to February 11, 2016.

DATED: __1/25_____, 2016           _____

                                                  The Honorable Richard Seeborg
                                                  United States District Court Judge