1    YAR R. CHAIKOVSKY (SB# 175421)
yarchaikovsky@paulhastings.com
2    D. STUART BARTOW (SB# 233107)
stuartbartow@paulhastings.com
3    PAUL HASTINGS LLP
1117 S. California Avenue
4    Palo Alto, California  94304-1106
Telephone:  1(650) 320-1800
5    Facsimile:  1(650) 320-1900

6    Attorneys for Defendant
BYD PRECISION MANUFACTURING CO., LTD.
7    and BYD COMPANY LIMITED

8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   APPLE INC., | CASE NO.  3:15-cv-04985-RS |
| 13           Petitioner, | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR |
| 14       vs. | DEFENDANTS BYD PRECISION MANUFACTURING CO., LTD., and BYD |
| 15   BYD PRECISION MANUFACTURING CO., LTD. and BYD COMPANY LIMITED, | COMPANY LIMITED, [PROPOSED] ORDER |
| 16   | |
| 17           Respondents. | |

18

19       PLEASE TAKE NOTICE that Defendants BYD PRECISION MANUFACTURING CO.,

20   LTD. and BYD COMPANY LIMITED, have retained Paul Hastings LLP to substitute as counsel

21   for Skadden, Arps, Slate, Meagher & Flom LLP in the above-captioned matter.

22       Withdrawing counsel for Defendants BYD Precision Manufacturing Co., Ltd, and BYD

   Company Limited are:

23        Lance Allan Etcheverry
24        Skadden, Arps, Slate, Meagher & Flom LLP
        300 South Grand Avenue
25        Suite 3400
        Los Angeles, CA 90071
26        213-687-5432
        Fax: 213-621-5432
27        Email: Lance.Etcheverry@skadden.com

28

1
2
3
4
5

Abraham A. Tabaie
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
213-687-5000
Fax: 213-687-5600
Email: abraham.tabaie@skadden.com

6
7
8
9
10

Allen Ruby
Skadden Arps Slate Meagher & Flom, LLP
525 University Avenue
Suite 1100
Palo Alto, CA 94301
650-470-4500
Fax: 650-470-4570
Email: Allen.Ruby@Skadden.com

11
12
13

All pleadings, orders and notices should henceforth be served upon the following

substituted counsel for Defendants BYD Precision Manufacturing Co., Ltd, and BYD Company

Limited:

14
15
16
17
18

Yar R. Chaikovsky
yarchaikovsky@paulhastings.com
D. Stuart Bartow
stuartbartow@paulhastings.com
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  650.320.1800
Fax:  650.320.1900

19
20

The undersigned parties consent to the above withdrawal and substitution of counsel.

21

Dated:  March 31, 2016                    BYD Precision Manufacturing Co., Ltd

22

By:    */s/ Sun Yizao*
        Sun Yizao

23
24

Dated:  March 31, 2016                    BYD Company Limited

25

By:    */s/ Wang Chuanfu*
        Wang Chuanfu

26
27
28

- 1 -

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO.  3:15-CV-04985-RS

Dated:  March 31, 2016                               Skadden Arps Slate Meagher & Flom LLP


By:    /s/ Lance Allan Etcheverry
         Lance Allan Etcheverry

Dated:  March 31, 2016                               Paul Hastings LLP

By:    /s/Yar R. Chaikovsky
         Yar R. Chaikovsky


     I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated:  March 31, 2016                               Paul Hastings LLP

By:    /s/Yar R. Chaikovsky
         Yar R. Chaikovsky


     The above withdrawal and substitution of counsel is approved and so ORDERED.


DATED:  4/4/16

JUDGE OF THE UNITED STATES
DISTRICT COURT

LEGAL_US_W # 85411349.1 91309.00006

- 2 -

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
CASE NO.  3:15-CV-04985-RS