1  SIMPSON THACHER & BARTLETT LLP
   Harrison J. Frahn IV (CA Bar No. 206822)
2  hfrahn@stblaw.com
   2475 Hanover Street
3  Palo Alto, California  94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  SIMPSON THACHER & BARTLETT LLP
   Peter C. Thomas (*pro hac vice*)
6  pthomas@stblaw.com
   900 G Street, N.W.
7  Washington, D.C. 20001
   Telephone: (202) 636-5500
8  Facsimile: (202) 636-5502

9  *Attorneys for Petitioner Apple Inc.*

10 PAUL HASTINGS LLP
   Yar Chaikovsky  (CA Bar No. 175421)
11 yarchaikovsky@paulhastings.com
   D. Stuart Bartow  (CA Bar No. 233107)
12 stuartbartow@paulhastings.com
   1117 S. California Avenue
13 Palo Alto, CA 94304
   Telephone: (650) 320-1800
14 Facsimile: (650) 320-1900

15 *Attorneys for Respondents BYD Company
   Limited and BYD Precision Manufacturing Co., Ltd.*

16

17
                    **UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION**
19

20 APPLE INC.,                                  Case No. 3:15-cv-04985-RS

21                 Petitioner,
                                                **STIPULATED AND [PROPOSED]
22         vs.                                  ORDER OF DISMISSAL WITHOUT
                                                PREJUDICE**
23 BYD PRECISION MANUFACTURING CO.,
   LTD. AND BYD COMPANY LIMITED,                Hon. Richard Seeborg
                                                Courtroom:  3, 17th Floor
24                 Respondents.

25

26

27

28

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Apple Inc. ("Apple") and Respondents BYD Precision Manufacturing Co., Ltd. and BYD Company Limited ("Respondents") hereby submit the following Stipulation for Dismissal Without Prejudice.

WHEREAS Apple and Respondents executed a Settlement Agreement on or about December 20, 2016;

WHEREAS Apple and BYD Company Limited are contemporaneously filing with the United States Court of Appeals for the Ninth Circuit a Stipulated Motion to Voluntarily Dismiss BYD Company Limited's appeal from this Court's March 2, 2016 Order;

NOW, THEREFORE, It is hereby agreed by the parties and ordered by the Court that:

1. The above matter is dismissed without prejudice as to Apple's claims and with prejudice as to Respondents' defenses; and

2. Each side shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: 12/28/16

RICHARD SEEBORG
United States District Judge

Dated: December 27, 2016     SIMPSON THACHER & BARTLETT LLP

By: /s/ *Harrison J. Frahn IV*
    Harrison J. Frahn IV

*Attorneys for Petitioner Apple Inc.*


PAUL HASTINGS LLP

By: /s/ *Yar R. Chaikovsky*
    Yar R. Chaikovsky

*Attorneys for Respondents BYD Company Limited and BYD Precision Manufacturing Co., Ltd.*

Pursuant to Civil Local Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Harrison J. Frahn IV*
Harrison J. Frahn IV